■ In the Matter of IRA E. DURLAND et al., Appellants, v JOHN J. MARESCO et al., Constituting the Planning Board of the Village of Florida, Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to review respondents' determination, dated February 4, 1975, which, after a hearing, denied petitioners' application for preliminary subdivision plat approval, petitioners appeal from a judgment of the Supreme Court, Orange County, dated August 26, 1975, which confirmed the determination. Judgment affirmed, with costs. The evidence adduced at the hearing supports the determination of the planning board. The prosposed plat did not comply with the amended zoning ordinance; the "sketch plan" approval of the cluster development did not vest petitioners with the right to develop in accordance with that plan absent final plat approval (see Village Law, §§ 7-738, 7-708, subd 2). Moreover, the evidence supports the determination of the planning board that the proposed subdivision will overutilize the sewage treatment plant (cf. *Matter of Parmadale Development v Planning Bd. of Town of Parma,* 35 AD2d 904). Martuscello, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ In the Matter of LOUIS J. FERRAMOSCA, Respondent, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Appellant.—In a proceeding pursuant to CPLR article 78 *inter alia* to compel appellant to reinstate petitioner's pistol license, the appeal is from a judgment of the Supreme Court, Nassau County, entered September 24, 1975, which (1) annulled appellant's cancellation of petitioner's license and (2) remitted the matter to appellant with directions that a hearing be held. Permission for the taking of this appeal is hereby granted by Mr. Justice Margett. Judgment affirmed, without costs or disbursements. Upon the facts before us, Special Term was correct in holding that "A record should be provided which can be reviewed" (see *Matter of Armere Holding Corp. v Bell,* 44 AD2d 578). Latham, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.

■ In the Matter of JOHN J. FITZGERALD, Appellant, v VINCENT MANNA et al., Constituting the Town Board of the Town of Babylon, Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondents, dated November 18, 1975 and made after a hearing, which removed petitioner as a member of the zoning board of appeals, he appeals from a judgment of the Supreme Court, Suffolk County, entered March 30, 1976, which dismissed the petition. Judgment affirmed, without costs or disbursements. There was substantial evidence to support the determination of the town board. Latham, Acting P. J., Rabin and Shapiro, JJ., concur; Margett and Damiani, JJ., dissent and vote to reverse the judgment and remit the matter to the respondents for a new hearing and determination, with the following memorandum: We hold that, because of the limited time in which petitioner was allowed to prepare his case, and the fact that the primary witness against him did not appear at the hearing, a new hearing should be had.